UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20259 CR MIDDLEBROOKS



UNITED STATES OF AMERICA,
                    Plaintiff,

VS.

KURT SILVANO WAKEFIELD,
                    Defendant.
_____/

## ORDER AMENDING JUDGMENT AND COMMITMENT

**THIS MATTER** comes before the Court pursuant to the Government's Motion for Reduction of

Sentence Pursuant to Rule 35. (DE 48).   A hearing was held on May 1, 2008.   Being fully advised in the

premises, it is

**ORDERED AND ADJUDGED** that the motion for reduction of sentence is **GRANTED.**

Defendant's previously imposed sentence of 30 months is hereby reduced to **24 months.** It is further

**ORDERED AND ADJUDGED** that all other conditions previously imposed and set forth in the

"Judgment in a Criminal Case," filed on or about January 26, 2007, shall remain in full force and effect.

**DONE AND ORDERED** at West Palm Beach, Florida, this 22 day of October, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Attorneys of Record
       U.S. Marshals
       Bureau of Prisons
       U.S. Probation